1  Andrew A. Kapur  (SBN 233021)
   ATTORNEY AT LAW
2  1516 Oak Street, Suite 316
   Alameda, CA 94501
3  Telephone:  (415) 279-4264
   Facsimile:  (510) 865-0793
4

5  Attorney for Plaintiff
   DEREK SEAN WHEAT
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  DEREK SEAN WHEAT,                    Case No.:  C 12-01807 EMC

11         Plaintiff,                    **STIPULATION AND [PROPOSED]
                                         ORDER PERMITTING SUBSTITUTION
12      v.                               OF COUNSEL FOR PLAINTIFF DEREK
                                         SEAN WHEAT**
13  JESSE GRANT and PETER HONG,

14         Defendants.

15      TO THE CLERK AND ALL COUNSEL OF RECORD:

16      PLEASE TAKE NOTICE THAT Plaintiff Derek Sean Wheat, plaintiff's counsel, and counsel

17  for defendants hereby enter into the stipulation below with reference to the following procedural

18  facts:

19      • Plaintiff Derek Sean Wheat filed this action in Alameda County Superior Court on

20  September 20, 2011.

21      • On March 12, 2012 attorney Andrew A. Kapur substituted into the case and filed a First

22  Amended Complaint on plaintiff's behalf.

23      • On April 11, 2012 defendants Jesse Grant and Peter Hong filed a petition for removal to the

24  United States District Court.

25      • On May 16, 2012 this action was reassigned to the Hon. Edward M. Chen.

26                           **STIPULATION**

27      Plaintiff Derek Sean Wheat, plaintiff's counsel, and counsel for defendants hereby stipulate to

28  the substitution of Derek Sean Wheat to appear *pro se* in place of Andrew A. Kapur, Attorney at

                                    1

1    Law.

2       Copies of pleadings, papers, and notices should be henceforth served on the following

3    individual:

4    Derek Sean Wheat

5    Post Office Box 114
     Belvedere, CA 94920

6    Email: derekswheat@yahoo.com

7       I consent to this substitution.

8    Dated:  June 5, 2012               ANDREW A. KAPUR, ATTORNEY AT LAW

9

10

                         By: _____ /s/ Andrew A. Kapur _____

11                                Andrew A. Kapur

12

13       I consent to this substitution.

14    Dated:  June 5, 2012               DEREK SEAN WHEAT

15

16

                         By: _____ /s/ Derek S. Wheat _____

17                                Derek S. Wheat, Plaintiff appearing in Pro Se

18       We consent to this substitution.

19

20    Dated:  June 5, 2012               ZACH COWAN, City Attorney

21

22

                         By: _____ /s/ Matthew J. Orebic _____

23                                Matthew J. Orebic
                               Attorneys for Defendants Officer Jesse Grant and
                               Sgt. Peter Hong

24

25    //

26    //

27    //

28    //

STIPULATION AND ORDER PERMITTING SUBSTITUTION OF COUNSEL

1  **[PROPOSED] ORDER**

2       PURSUANT TO STIPULATION, plaintiff Derek Sean Wheat shall now appear *pro se* in this

3  action.

4  DATED:       6/7/12

5

6

7

8                                    By: _____
                                     Hon. E&
9                                    United S



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION AND ORDER PERMITTING SUBSTITUTION OF COUNSEL