1  Zach Cowan, City Attorney (SBN 96372)
   Matthew Orebic, Deputy City Attorney (SBN 124491)
2  Berkeley City Attorney's Office
   2180 Milvia St., 4th Floor
3  Berkeley, CA 94704
   Telephone: (510) 981-6998
4  Fax: (510) 981-6960
5  Email:  morebic@ci.berkeley.ca.us

6  Attorneys for Defendants City of Berkeley, Sgt. Peter Hong, Officer
   Jesse Grant, and Chief Michael Meehan
7
   DEREK SEAN WHEAT
8  Post Office Box 114
   Belvedere, CA 94920
9  Telephone: (510) 750-9281
10 Email: derekswheat@yahoo.com

11 Plaintiff in Propria Persona

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15

16  DEREK SEAN WHEAT,                  | No.  3:12-cv-01807-EMC

17         Plaintiff,                  | STIPULATION AND [PROPOSED]
                                       | ORDER TO CONTINUE THE CASE
18  v.                                 | MANAGEMENT CONFERENCE AND
                                       | DEFENDANTS' MOTION TO DISMISS
19  PETER HONG, et al.,                | CERTAIN CLAIMS FROM OCTOBER 26,
                                       | 2012 TO NOVEMBER 9, 2012 AT 1:30
20         Defendants.                 | P.M.

21

22                              STIPULATION

23     Plaintiff in *pro se* and counsel for defendants hereby stipulate that the Case Management

24  Conference and defendants' motion to dismiss certain claims be continued from October 26,

25  2012 to November 9, 2012 at 1:30 p.m.

26

27

28

                                        1

1  |  ZACH COWAN, City Attorney
   |  MATTHEW J. OREBIC, Deputy City Attorney

2  DATED: October 25, 2012    By: _____/s/_____
3                                 MATTHEW J. OREBIC
                                  Attorneys for Defendants

   DEREK S. WHEAT

DATED: October 25, 2012    By: _____/s/_____
                               DEREK S. WHEAT
                               Plaintiff in Pro Se

**ATTESTATION**

All signatories concur with the filing of this document.

ZACH COWAN, City Attorney
MATTHEW J. OREBIC, Deputy City Attorney

DATED: October 25, 2012

By: _____/s/_____
    MATTHEW J. OREBIC
    Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __10/26/12__        _____
                           UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen