```
 1  Zach Cowan, City Attorney (SBN 96372)
    Matthew Orebic, Deputy City Attorney (SBN 124491)
 2  Berkeley City Attorney's Office
    2180 Milvia St., 4th Floor
 3  Berkeley, CA 94704
    Telephone: (510) 981-6998
 4  Fax: (510) 981-6960
 5  Email:  morebic@ci.berkeley.ca.us

 6  Attorneys for Defendants City of Berkeley, Sgt. Peter Hong, Officer
    Jesse Grant, and Chief Michael Meehan
 7
    DEREK SEAN WHEAT
 8  Post Office Box 114
    Belvedere, CA 94920
 9  Telephone: (510) 750-9281
10  Email: derekswheat@yahoo.com

11  Plaintiff in Propria Persona
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK SEAN WHEAT,<br><br>                Plaintiff,<br><br>v.<br><br>PETER HONG, *et al.*,<br><br>                Defendants. | No.  3:12-cv-01807-EMC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND DEFENDANTS' MOTION TO DISMISS CERTAIN CLAIMS FROM OCTOBER 26, 2012 TO NOVEMBER 9, 2012 AT 1:30 P.M. |

## STIPULATION

Plaintiff in *pro se* and counsel for defendants hereby stipulate that the Case Management Conference and defendants' motion to dismiss certain claims be continued from October 26, 2012 to November 9, 2012 at 1:30 p.m.

|   |   |
|---|---|
| | ZACH COWAN, City Attorney |
| | MATTHEW J. OREBIC, Deputy City Attorney |
| DATED: October 25, 2012 | By:      /s/ |
| | MATTHEW J. OREBIC |
| | Attorneys for Defendants |

DEREK S. WHEAT

DATED: October 25, 2012     By:      /s/
                                                        DEREK S. WHEAT
                                                        Plaintiff in Pro Se

**ATTESTATION**

All signatories concur with the filing of this document.

ZACH COWAN, City Attorney
MATTHEW J. OREBIC, Deputy City Attorney

DATED: October 25, 2012

By:      /s/
MATTHEW J. OREBIC
Attorneys for Defendants

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 10/26/12      _____
                                   UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION
3:12-cv-01807-EMC