Zach Cowan, City Attorney (SBN 96372)
Matthew Orebic, Deputy City Attorney (SBN 124491)
Berkeley City Attorney's Office
2180 Milvia St., 4th Floor
Berkeley, CA 94704
Telephone: (510) 981-6998
Fax: (510) 981-6960
Email:  morebic@ci.berkeley.ca.us

Attorneys for Defendants City of Berkeley, Sgt. Peter Hong, Officer Jesse Grant, and Chief Michael Meehan

DEREK SEAN WHEAT
Post Office Box 114
Belvedere, CA 94920
Telephone: (510) 750-9281
Email: derekswheat@yahoo.com

Plaintiff in Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK SEAN WHEAT,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PETER HONG, *et al.*,<br><br>　　　　Defendants. | No.  3:12-cv-01807-EMC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE AND DEFENDANTS' MOTION TO DISMISS CERTAIN CLAIMS FROM NOVEMBER 9, 2012 TO NOVEMBER 30, 2012 AT 1:30 P.M. |

## STIPULATION

Plaintiff in *pro se* and counsel for defendants hereby stipulate that the Case Management Conference and defendants' motion to dismiss certain claims be continued from November 9, 2012 to November 30, 2012 at 1:30 p.m.  The parties request this extension so they can have additional time to attempt to settle the case.

| | |
|---|---|
| | ZACH COWAN, City Attorney |
| | MATTHEW J. OREBIC, Deputy City Attorney |
| DATED:  November 7, 2012 | By:  _____/s/_____ |
| | MATTHEW J. OREBIC |
| | Attorneys for Defendants |
| | |
| | DEREK S. WHEAT |
| DATED:  November 7, 2012 | By:  _____/s/_____ |
| | DEREK S. WHEAT |
| | Plaintiff in Pro Se |

**ATTESTATION**

All signatories concur with the filing of this document.

| | |
|---|---|
| | ZACH COWAN, City Attorney |
| | MATTHEW J. OREBIC, Deputy City Attorney |
| DATED:  November 7, 2012 | |
| | By:  _____/s/_____ |
| | MATTHEW J. OREBIC |
| | Attorneys for Defendants |

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  11/8/12

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2
STIPULATION
3:12-cv-01807-EMC