**In the United States District Court**
**for the Northern District of California**
**District Judge Edward M. Chen**

## CIVIL MINUTES

**Date:** November 27, 2012 **Time:** 4:55 p.m.

**Case No. and Name:** C12-1807 EMC  Wheat v. City of Berkeley, et al.

**Deputy Clerk:** Betty Lee

## ORDER:

For the case management conference on November 30, 2012 at 1:30 p.m., the Court directs the parties to be prepared to discuss the permissibility of limiting Plaintiff's access to the courts in the manner described in paragraph 3 of the settlement agreement.